

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00752-CV

**IN RE THE CINCINNATI INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On November 8, 2019, relator filed a Motion for Rehearing. After considering relator's argument, the motion is hereby DENIED.

It is so **ORDERED** on November 15, 2019.

**PER CURIAM**

ATTESTED TO: _____
                    Michael A. Cruz,
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-10-36490-MCV, styled *Ronnie Villanueva v. Juan Fernandez, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.